HACKENSACK WATER CO. v. BOROUGH OF OLD TAPPAN.

February 1, 1977. Petition for certification granted.

MARTIN BOOS v. VINCENT LANZA.

February 15, 1977. Petition for certification denied.

IN RE: APPLICATION OF HENRY W. JAEGER.

February 15, 1977. Petition for certification denied.

NATIONAL NEWARK & ESSEX BANK v.
THE AMERICAN INSURANCE CO.

February 15, 1977. Petition for certification granted.

NATIONAL NEWARK & ESSEX BANK v.
THE AMERICAN INSURANCE CO.

February 15, 1977. Cross-Petition for certification granted.

STATE OF NEW JERSEY v. CANDIDO NORIEGA.

February 15, 1977. Petition for certification denied.